## Commonwealth v. Blake, Appellant.

Submitted December 2, 1974. *Lewis A. Walder,* and *Walder, Martin & Kresman,* for appellant; *Marianne E. Cox, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, .appellee.

Judgment of sentence affirmed.

## Commonwealth v. Booker, Appellant.

Submitted April 14, 1975. *Stephen P. Swem,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.